[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-10656
Non-Argument Calendar
_____

D.C. Docket No. 2:12-cv-00591-MHT-TFM

ERIC HARRIS,

Plaintiff - Appellee,

versus

CITY OF MONTGOMERY, ALABAMA,

Defendant,

M. D. BYNER,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(October 8, 2014)

Before MARTIN, JORDAN and FAY, Circuit Judges.

JORDAN, Circuit Judge:

M.D. Byner appeals the denial of qualified immunity and state-agent immunity on Eric Harris' Fourth Amendment claim under 42 U.S.C. § 1983 and false imprisonment claim under Alabama law.  Following a review of the record, we affirm for the reasons set forth in the district court's well-reasoned order dated January 14, 2014.  *See* D.E. 72.

**AFFIRMED**.